**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  1:20-cv-22538-CMA

CARLOS BRITO,

        Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS,
INC. and LAGO EXPRESS, INC.,

        Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

      Plaintiff, CARLOS BRITO, and Defendants, SUNSHINE GASOLINE DISTRIBUTORS, INC. and LAGO EXPRESS, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

      Respectfully submitted this 18th, day of September, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edward S. Polk* |
| ANTHONY J. PEREZ | EDWARD S. POLK |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| GARCIA-MENOCAL & PEREZ, P.L. | MARC A. RAPAPORT |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 1008359 |
| Miami, FL 33155 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (305) 553- 3464 | 9150 S. Dadeland Boulevard, 14th Floor |
| Facsímile: (305) 553-3031 | Miami, Florida 33256 |
| Primary Email:  ajperezlaw@gmail.com; | Telephone: (305) 350-5338 |
| aquezada@lawgmp.com | Primary Email: edward.polk@csklegal.com; |
| *Attorney for Plaintiff* | Marc.rapaport@cslklegal.com |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 18th, day of September, 2020.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com
        aquezada@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451