**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  1:20-cv-22538-CMA

CARLOS BRITO,

        Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS,
INC. and LAGO EXPRESS, INC.,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendants, SUNSHINE GASOLINE DISTRIBUTORS INC. and LAGO EXPRESS, INC., having entered into a Confidential Settlement Agreement that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its respective fees and costs.

Respectfully submitted this 30th day of October, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Edward S. Polk* |
| ANTHONY J. PEREZ | EDWARD S. POLK |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| GARCIA-MENOCAL & PEREZ, P.L. | MARC A. RAPAPORT |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 1008359 |
| Miami, Florida 33155 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (305) 553- 3464 | 9150 S. Dadeland Boulevard, 14th Floor |
| Facsimile: (305)553-3031 | Miami, Florida 33256 |
| Email: ajperezlaw@gmail.com | Telephone: (305) 350-5338 |
| Florida Bar No.: 535451 | Primary Email: edward.polk@csklegal.com; |
| *Attorney for Plaintiff* | Marc.rapaport@cslklegal.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30th, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com
crodriguez@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ